UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MARIA RODRIGUEZ-PEREZ, <u>ET AL.</u>**<br><br>    **Plaintiffs.**<br><br>        **v.**<br><br>**ZALE CORPORATION, <u>ET AL.</u>**<br><br>    **Defendants.** | **CIVIL NO.  16-2218 (PAD)** |

**JUDGMENT**

In accordance with the Order issued today (Docket No. 6), judgment is hereby entered dismissing plaintiffs' claims without prejudice.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 26th day of July, 2016.

<u>s/Pedro A. Delgado-Hernández</u>
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge